IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Carlos Ortiz, | ) | C/A No.: 1:19-1954-BHH-SVH |
|---|---|---|
| Petitioner, | ) | |
| | ) | ORDER |
| vs. | ) | |
| Warden of Federal Correctional Institution-Williamsburg, | ) | |
| Respondent. | ) | |

This matter comes before the court upon transfer from the District of New Jersey. [ECF No. 19]. According to the transfer order, Petitioner is currently housed at Federal Correctional Institution ("FCI") Williamsburg in Salters, South Carolina. *Id.* Therefore, the Clerk of Court is directed to substitute the Warden of FCI-Williamsburg as Respondent in this matter.

Prior to transfer, Respondent filed a motion to dismiss, which was fully briefed. [ECF Nos. 12, 14, 17]. In ordering the case be transferred, the District of New Jersey court ordered the clerk to administratively terminate all pending motions, subject to reopening at this court's discretion. [ECF No. 20].

The Clerk of Court is directed to notify the United States Attorney for the District of South Carolina of this case. Respondent is directed to file a response to the petition by September 3, 2019.

The court appoints the Office of the Federal Public Defender to represent Petitioner in this matter and to enter an appearance in this matter by August 12, 2019.

IT IS SO ORDERED.

*Shiva V. Hodges*

August 1, 2019
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge