IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Carlos Ortiz,                                )<br>                                                       )<br>            Petitioner,         )<br>                                                       )   Civil Action No. 1:19-cv-1954-BHH<br>v.                                                   )<br>                                                       )   **ORDER**<br>Warden, FCI Williamsburg,       )<br>                                                       )<br>            Respondent.      )<br>_____ ) | |

On January 29, 2021, the United States Court of Appeals for the Fourth Circuit granted the parties' joint motion to remand this case to this Court for further consideration in light of the court's recent decision in *Young v. Antonelli*, – F.3d –, 2020 WL 7251007 (4th Cir. 2020). Following remand, Petitioner Carlos Ortiz filed a motion to grant his § 2241 petition, vacate his sentence, and transfer the matter to the District of Maryland for resentencing. (ECF No. 46.) On February 8, 2021, Respondent filed a response in support, consenting to Petitioner's motion. (ECF No. 47.)

After review, the Court agrees with the parties that Petitioner is entitled to the relief he seeks in light of the Fourth Circuit's decision in *Young*. Accordingly, the Court grants Petitioner's motion (ECF No. 46), and it is hereby **ORDERED** that Petitioner's § 2241 petition is granted; Petitioner's sentence is vacated; and this matter is transferred to the District of Maryland for resentencing.

**IT IS SO ORDERED.**

/s/Bruce H. Hendricks
The Honorable Bruce H. Hendricks
United States District Judge

February 9, 2021
Charleston, South Carolina